```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

THE TRAVELERS INDEMNITY COMPANY ET AL.,

        Plaintiffs,

- against -

THE CONTINENTAL INSURANCE COMPANY ET AL.,

        Defendants.

22-cv-3132 (JGK)

ORDER

------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 18, 2022.

SO ORDERED.

Dated:    New York, New York
          July 1, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge