UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY COMPANY, ET AL.,

          Plaintiffs,

- against -

THE CONTINENTAL INSURANCE COMPANY, ET AL.,

          Defendants.

---

22-cv-3132 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 11, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
          July 5, 2022

                                John G. Koeltl
                          United States District Judge